McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
 jonathan.carlson@mccormickbarstow.com
Sean E Cortney
Nevada Bar No. 16218
 sean.cortney@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO SECURE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| GEICO SECURE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WENDY BURNEY, HENRY INDUSTRIES, INC., CARLA IZAGUIRRE, AND JUAN GARCIA-DEHUMA,<br><br>Defendants. | Case No. 2:23-cv-01077-JAD-EJY<br>The Hon. Jennifer A. Dorsey<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between the parties named above, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

Each party will bear their own costs and attorneys' fees.

Dated: April 19, 2024

BULLARD, BROWN & BEAL, LLP

By: _____
Jeremy E. Beal, Nevada Bar No. 8962
234 E. Commonwealth Ave., Second Floor
Fullerton, CA 92832
Tel: (714)578-4050
Attorneys for Defendant, HENRY INDUSTRIES, INC.

Dated: April 19 , 2024

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/Jonathan W. Carlson
Jonathan W. Carlson
Nevada Bar No. 10536
Sean E Cortney
Nevada Bar No. 16218
Attorneys for Plaintiff GEICO SECURE INSURANCE COMPANY

9861090.1

## ORDER

Based on the parties' stipulation [ECF No. 35] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs. The pending motion for default judgment **[ECF No. 34] is DENIED as moot**. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 22, 2024